UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL S. GRIFFITH,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. C19-5606-RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES UNDER 42 U.S.C. § 406(b) |

This matter comes before the Court on Plaintiff Michael S. Griffith's Motion for Attorney's Fees under 42 U.S.C. § 406(b). Dkt. #17. Defendant Commissioner of Social Security does not oppose Plaintiff's motion. Dkt. #20.

Having reviewed Plaintiff's motion and the attached declaration and memorandum, the Court finds good cause for entry of this Order. It is therefore ORDERED that reasonable fees in the amount of $7,903.25 are awarded to Plaintiff's attorney, Jeanette Laffoon, pursuant to 42 U.S.C. § 406(b). Upon receipt, counsel will refund directly to Plaintiff the $4,967.05 in Equal Access to Justice Act ("EAJA") fees of that were previously awarded.

ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES UNDER 42 U.S.C. § 406(b) - 1

IT IS SO ORDERED.

DATED this 2nd day of April, 2021.

                                                    *[signature]*

                                                    RICARDO S. MARTINEZ
                                                    CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES UNDER 42 U.S.C. § 406(b) - 2